**C. C. Worthy, appellant, v. William A. Guthrie, appellee. Gen. No. 9,014.**

Opinion filed October 15, 1937.

C. C. Worthy, *pro se.* William M. Cox and A. W. Schimmel, for appellee.

Mr. Justice Davis delivered the opinion of the court.

**Vermont Marble Company, appellant, v. George G. Bayne et al., appellees. Gen. No. 9,061.**

Opinion filed October 15, 1937.

Flack & Kerman and Nelson, Slater & Boodell, for appellant; Drennan J. Slater, of counsel. Gumbart & Grigsby and Chiperfield & Chiperfield, for appellees.

Mr. Justice Davis delivered the opinion of the court.

**Erma Templeman et al., appellants, v. People of the State of Illinois for use of U. G. Usher and Nick Kish, appellees. Gen. No. 9,064.**

Opinion filed October 15, 1937. Rehearing denied January 4, 1938.

J. W. Templeman, for appellants. Alexander White, for appellees.

Mr. Justice Davis delivered the opinion of the court.

**Chauncey H. Laird, appellant, v. William Alexander Watt, appellee. Gen. No. 9,056.**

Opinion filed October 15, 1937.

A. W. Schimmel and W. Knowles Laird, for appellant. Weaver & Jenkins, for appellee.

Mr. Justice Riess delivered the opinion of the court.